NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JORGE LUIS SANCHEZ, LEIDELIN             )
SANCHEZ and PARADIGM                     )
PARTNERS, LLC,                           )
                                         )
            Appellants,                  )
                                         )
v.                                       )      Case No. 2D19-2152
                                         )
WILMINGTON TRUST COMPANY,                )
as SUCCESSOR TRUSTEE to U.S.             )
BANK NATIONAL ASSOCIATION, as            )
Trustee for Master Asset Securitization  )
Trust 2004-9, Mortgage Pass-Through      )
Certificates, Series 2004-9              )
                                         )
            Appellee.                    )
_____  )


Opinion filed September 30, 2020.

Appeal from the Circuit Court for
Hillsborough County; Ralph C. Stoddard,
Judge.

Niles B. Whitten, Gainesville, for
Appellants.

James H. Wyman of Hinshaw & Culbertson
LLP, Coral Gables, for Appellee

PER CURIAM.

Affirmed.

CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR JUDGE, Concur.